

FILED

10/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0587

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MARK ALAN MENDOZA,

Defendant and Appellant.

O R D E R

FILED

OCT 3 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on October 28, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. Rule 11(6)(b)(2) requires the cause number in this court on the first page and cover of briefs. The cause number on Appellant's opening brief cover page contains an extra number.

M. R. App. P. Rule 12(1)(b) requires the Appellant's brief to contain a statement of the issues presented for review. The Appellant's opening brief does not contain a statement of the issues.

M. R. App. P. Rule 12(1)(g) states that "the argument shall contain the contentions of the appellant with respect to the issues presented, and the reasons therefore, with citations to the authorities, statutes, *and pages of the record relied on*." (Emphasis added.) Appellant's argument lacks appropriate citations to the record relied on. For example, Appellant's table set forth on page 7 lacks citation to the record.

M. R. App. P. Rule 11(6)(b)(v) requires the cover page and first page of the brief to contain the "names, mailing addresses, telephone, fax numbers, and email addresses (if any) of respective counsel for the parties, identifying the party counsel represents . . . ." Further, "service on a party represented by counsel shall be made on counsel pursuant to M. R. App. P. Rule 10(2). The Appellant's opening brief was served on Chad Wright.

The certificate of service indicates that Mr. Wright is representing Appellant, however, he is not listed on the cover page of Appellant's brief.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 30 day of October, 2020.

For the Court,

By _____

Justice